UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 23-153 JHC |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENT |
| v. | ) | |
| ERIC TODD SPIKER, | ) | |
| Defendant. | ) | |

THIS matter comes before the Court on Defendant's Motion for Leave to File Under Seal Documents. Dkt. # 46. The Government has communicated that it does not oppose the motion. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal. LCrR 49.1(d)(6); *see also United States v. Ballard*, 2013 WL 3146799, at *7–8 (E.D. Cal. June 18, 2013) (granting a motion to seal a psychological expert's report because the "details of movant's . . . psycho-social and sexual history, [are] matters that are traditionally kept confidential").

IT IS HEREBY ORDERED that the Psychosexual Evaluation Report & Sexual History Polygraph of Defendant be filed under seal.

/
/
/
/
/

ORDER TO SEAL DOCUMENT - 1
USA v Spiker, CR23-153 JHC

1  DATED this 18th day of October, 2024.

*[signature]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

*ORDER TO SEAL DOCUMENT - 2*
*USA v Spiker, CR23-153 JHC*