UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC T. SPIKER,<br><br>  Defendant. | NO. CR23-153-JHC<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property, seized from Defendant Spiker's residence in Bothell, WA on or about June 30, 2023 ("Subject Property"):

1. Eight SD memory cards;
2. Ten USB Drives;
3. Two external hard drives;
4. One cellphone;
5. One Apple watch; and,
6. One MacBook.

Dkt. # 55.

Final Order of Forfeiture - 1
*United States v. Spiker,* CR23-153-JHC

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 15, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the Subject Property pursuant to 18 U.S.C. § 2253(a). *See* Dkt. No. 42.
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 54) and provided direct notice to one potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A). *See* Declaration of AUSA Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶¶ 2-3, Exhibit A.
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

///

///

Final Order of Forfeiture - 2
*United States v. Spiker,* CR23-153-JHC

///

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*United States v. Spiker,* CR23-153-JHC